# First District Court of Appeal
## State of Florida

_____

No. 1D18-1699
_____

Vernon Robinson,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Steven B. Whittington, Judge.

October 8, 2019

Per Curiam.

AFFIRMED.

Ray, C.J., and B.L. Thomas and Winokur, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Vernon Robinson, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.